**2013–0970. Bibee v. Gen. Revenue Corp.**
Hamilton App. No. C–120577, 2013-Ohio-1753. On motion for reconsideration. Motion denied.

**2013–0980. Rothwell v. Rothwell.**
Pickaway App. No. 12CA6, 2013-Ohio-457. On motion for reconsideration. Motion denied.

**2013–1008. Wells Fargo Bank, N.A. v. Rahman.**
Franklin App. No. 13AP–376. On motion for reconsideration. Motion denied.
 O'DONNELL, J., not participating.

**2013–1017. Rasberry v. Taylor.**
Summit App. No. 26510, 2013-Ohio-2175. On motion for reconsideration. Motion denied.

**2013–1030. State v. Hadley.**
Marion App. No. 9–11–30, 2013-Ohio-1942. On motion for reconsideration. Motion denied.
 O'DONNELL, KENNEDY, and O'NEILL, JJ., dissent.

**2013–1034. Interstate Petroleum Co. v. Young.**
Trumbull App. No. 2011–T–0090, 2013-Ohio-1943. On motion for reconsideration. Motion denied.

**2013–1058. Temethy v. Sliwinksi.**
In Mandamus. On motion for reconsideration and hearing. Motion denied.
 O'DONNELL, J., dissents.

**2013–1095. Bowman v. Williams.**
Cuyahoga App. No. 98631, 2013-Ohio-1790. On motion for reconsideration. Motion denied.

**2013–1097. McIntyre v. Ohio Bur. of Workers' Comp.**
Franklin App. No. 12AP–1062, 2013-Ohio-2338. On motion for reconsideration. Motion denied.

**2013–1098. Makris v. Unemp. Comp. Rev. Comm.**
Mahoning App. No. 11 MA 105, 2013-Ohio-2317. On motion for reconsideration. Motion denied.

**2013–1109. Dombkowski v. Leal.**
Lucas App. No. L–12–1210, 2013-Ohio-2681. On motion for reconsideration. Motion denied.

**2013–1174. State v. Laber.**
Lawrence App. No. 12CA24, 2013-Ohio-2681. On motion for reconsideration. Motion granted. The discretionary appeal is accepted.
 O'DONNELL, FRENCH, and O'NEILL, JJ., dissent.

**2013–1306. State v. Dew.**
Mahoning App. No. 12 MA 18, 2013-Ohio-2549. On motion for reconsideration. Motion denied.